NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BENJAMIN BRANCH,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF EAST ORANGE, *et al.*,<br><br>    Defendants. | Civil Action No. 15-2848 (CCC)<br><br>**ORDER** |

  This matter has been opened by the Court *sua sponte* in light of Plaintiff Benjamin Branch's ("Plaintiff") failure to comply with Court Orders and to prosecute his case. On March 4, 2016, Magistrate Judge James B. Clark III issued a Report and Recommendation that Plaintiff's Complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). ECF No. 25. No objections have been filed thereto. The Court has considered the submissions of the parties and Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein;

  **IT IS** on this __28__ day of __April__, 2016

  **ORDERED** that this Court adopts Judge Clark's March 4, 2016 Report and Recommendation; and it is further

  **ORDERED** that the Complaint is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

  **ORDERED** that the Clerk of Court shall serve a copy of this Order by certified and regular mail to Plaintiff; and it is further

**ORDERED** that the Clerk shall close the file in this matter.

**SO ORDERED.**

_____
**CLAIRE C. CECCHI, U.S.D.J.**
